UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:05-CR-147 |
| v. | ) | |
| | ) | |
| RICKY FUQUEA | ) | COLLIER/CARTER |

REPORT AND RECOMMENDATION

A June 29, 2006, letter from David L. Winn, Warden of the Federal Bureau of Prisons in Ayer, Massachusetts, and a Forensic Evaluation of defendant Ricky Fuquea, were received by the undersigned Magistrate Judge. The findings in the evaluation were that the defendant is competent to stand trial and was sane at the time of the alleged offense. A Waiver of Mental Competency Hearing signed by defendant Ricky Fuquea was filed with this Court on July 14, 2006. It is therefore ORDERED that the waiver be filed as a part of the record. The Court RECOMMENDS on the basis of the waiver and the report that defendant Ricky Fuquea be found competent to stand trial.

         s/William B. Mitchell Carter
         UNITED STATES MAGISTRATE JUDGE