UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-147 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| RICKY FUQUEA | ) | |
| | ) | |

**O R D E R**

On July 20, 2006, Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending the Court find Defendant Ricky Fuquea ("Defendant") competent to stand trial (Court File No. 21). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and hereby **FINDS** Defendant competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and currently competent to stand trial.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**